

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-56,162-09

### EX PARTE DENNIS RAY BERNARD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 17DCR0154-A IN THE 344TH DISTRICT COURT FROM CHAMBERS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to theft and was sentenced to four years' imprisonment.

After a review of the records, we find that Applicant's claims of an illegal sentence and ineffective assistance of trial counsel are without merit. Therefore, we deny relief. Applicant's remaining claim concerning the denial of time credit spent in confinement after the execution of the arrest warrant but before his plea is dismissed. *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004) (Where an inmate seeks pre-sentence jail time credit, "[t]he appropriate remedy in this

situation is to require Applicant to present the issue to the trial court by way of a *nunc pro tunc* motion, . . . [and] [i]f the trial court fails to respond, Applicant is first required to seek relief in the Court of Appeals, by way of a petition for a writ of mandamus, unless there is a compelling reason not to do so.")

Filed: April 18, 2018
Do not publish